**Katherine Grossman, appellee, v. City of Chicago, appellant. Gen. No. 30,615.**

**Viola Pauley, appellee, v. City of Chicago, appellant. Gen. No. 30,616.**

Petition for mandamus to compel payment of judgment. Order granted. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the first division of

this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926. Rehearing denied July 2, 1926.

Francis X. Busch, Corporation Counsel, and John J. Kelly, City Attorney, for appellants; Earl B. Dickerson, Assistant City Attorney, and Daniel V. Gallery, Assistant Corporation Counsel, of counsel. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellees.

Mr. Justice Johnston delivered the opinion of the court.